**Frank G. Zappala**
**Attorney at Law**
**142 Margaret Street**
**P.O. Box 2886**
**Plattsburgh, NY 12901**
**fgzappala@hotmail.com**

**Telephone**
**(518) 566-7211**

***Facsimile**
**(518) 566-7214**
***not for service**

August 28, 2026

Hon. Miroslav Lovric
Northern District of New York
Binghamton, NY

Re: **USA v. Hoang**
**Case No. 8:26-PO-51**

Dear Judge Lovric:

The six above defendants are prepared to enter a plea of guilty to the criminal complaint pending before the Court. Attached are the signed consents.

Please schedule the case for a change of plea.

Should you have any questions, please contact the undersigned.

Sincerely,

Frank Zappala

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Case No. 8:26-PO-51 (ML)

Hoang Van, Nguyen Quang Can
Nguyen Trong Giang, Nguyen Can
Trung Thong, Phan Thanh, Truong Hoang

CONSENT TO APPEARANCE BY VIDEO TELECONFERENCE

Defendant, hereby acknowledges that, after consulting with counsel concerning the right to be physically present in court for certain proceedings in this case, pursuant to the Federal Rules of Criminal Procedure, he/she waives any right he/she may have to be present in court for the initial appearance, arraignment, detention hearing, pretrial motions, plea, and sentencing,[1] and consents to participating in those proceedings by way of a video teleconference.

Van Hoang
Van Hoang (Aug 20, 2026 10:19:19 EDT)

Hoang Truong
Hoang Truong (Aug 20, 2026 10:30:07 EDT)

Dated: 08/20/2026

Quang Can Nguyen
Quang Can Nguyen (Aug 20, 2026 10:42:06 EDT)

Trong Giang Nguyen
Trong Giang Nguyen (Aug 20, 2026 10:59:56 EDT)

Defendant

Trung Van Nguyen
Trung Van Nguyen (Aug 20, 2026 11:22:34 EDT)

Thong Thanh Phan
Thong Thanh Phan (Aug 20, 2026 15:43:52 EDT)

Dated: 8/28/26

Counsel for Defendant

Signature:

Email:

Signature:

Email:

[1]The defendant may strike out any proceedings as to which he/she did not consent to appear by video teleconference.

Signature:

Email:

Signature:

Email:

Signature:

Email: fgzappala@hotmail.com