# Frank G. Zappala

**Attorney at Law**
**142 Margaret Street**
**P.O. Box 2886**
**Plattsburgh, NY 12901**
**fgzappala@hotmail.com**

**Telephone**
**(518) 566-7211**

***Facsimile**
**(518) 566-7214**
***not for service**


September 2, 2026

Hon. Miroslav Lovric
Northern District of New York
Binghamton, NY

Re: **USA v. Hoang**
**Case No. 8:26-PO-51**

Dear Judge Lovric:

The above matter is scheduled for an in person change of plea on September 11, 2026 at 2:00 pm in Binghamton, New York.

During the past month I have worked with an interpreter to secure consents from the defendants to appear by video.

This is to respectfully request the Court conduct the change of plea hearing by video.

Should you have any questions, please contact the undersigned.

Sincerely,

Frank Zappala