**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

Hoang Truong

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 8:26-PO-51-006

USM Number: USM Number

Frank Zappala, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

**X** Guilty as to Count(s) 1 of the Complaint on 1.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE OF:** Improper Entry by Alien in violation of Title 8 U.S.C. § 1325(a)(2).

**DATE OFFENSE CONCLUDED:** September 11, 2026

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is sentenced to time served. No term of supervised release. No fine is imposed. Special assessment is ordered remitted.

9/11/2026
Date of Imposition of Sentence

9/11/2026
Date Signed

Miroslav Lovric

Hon. Miroslav Lovric
U.S. Magistrate Judge